UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 23-1159

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER D. PHILLIPS | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | **Magistrate Case No. 927 (Class A)**<br><br>**COMPLAINT**<br><br>**Offense on a Federal Reservation** |

BEFORE the **Honorable Sharon A. King,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson**, Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **30th day of October 2023**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**CHRISTOPHER D. PHILLIPS** did commit:

Possession of Firearms and Dangerous Weapons in Federal Facilities
in violation of 18 USC 930.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED VIA ZOOM PURSUANT TO RULE 4.1, FEDERAL RULES OF CRIMINAL PROCEDURE ON DECMBER 21, 2023.**

Sharon A. King

**HONORABLE SHARON A. KING**
**United States Magistrate Judge**

12/21/23 NK 1/25/24

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 30, 2023 while exercising my duties as a law enforcement officer in the Federal District of JBMDL/NJ

Defendant Phillips, Christopher attempted to gain entry onto the installation through checkpoint 9 in possession of a firearm.

The foregoing statement is based upon:

- ✓ my personal observation
- ✓ my personal investigation
- information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/30/2023 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 11/13/2023 14:7